United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WELLS FARGO BANK, N.A.,**<br><br>    **Plaintiffs,**<br><br>    vs.<br><br>**ERIC HOYES,**<br><br>    **Defendant.** | **Case No.: 12-CV-02509 YGR**<br><br>**ORDER GRANTING MOTION TO REMAND; REMANDING ACTION; DENYING MOTION FOR LEAVE TO PROCEED _IN FORMA PAUPERIS_** |

This case was removed from Alameda County Superior Court where it was pending as an unlawful detainer action against _pro se_ Defendant Eric Hoyes. Mr. Hoyes removed this action pursuant to 28 U.S.C. § 1441 invoking this Court's federal question jurisdiction under 28 U.S.C. § 1331 on the basis that he intends to raise a defense under the Protecting Tenants from Foreclosure Act ("PTFA"), 12 U.S.C. §§ 5201 _et seq._

Plaintiff has filed a motion to remand on the grounds that Defendant has failed to establish the existence of federal subject matter jurisdiction.

The Court **GRANTS** the motion for remand because no federal question is presented in this action.[1]

The complaint asserts only one state law claim for unlawful detainer. Thus, there is no federal question. A defense under the PTFA does not establish a basis for federal jurisdiction. _Caterpillar Inc. v. Williams_, 482 U.S. 386 (1987) (under the "well-pleaded complaint" rule, a case may not be removed on the basis of a federal defense). Finally, the amount in controversy does not meet the

---

[1] Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds that this motion is appropriate for decision without oral argument. Accordingly, the Court **VACATES** the hearing set for July 17, 2012.

jurisdictional threshold of $75,000.00 for diversity jurisdiction.  Accordingly, this action must be remanded.

Plaintiff's Motion to Remand, Dkt. No. 11, is **GRANTED**.  Defendant's Motion for Leave to Proceed *in Forma Pauperis*, Dkt. No. 2, is **DENIED AS MOOT**.

The Clerk of the Court is directed to **REMAND** this action to the Alameda County Superior Court.

This Order terminates Dkt. Nos. 2 & 11.

**IT IS SO ORDERED.**

Date: July 10, 2012

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

United States District Court
Northern District of California

2